1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3717
7     Facsimile: (510) 637-3724
      E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,       ) Case No. 07-70574 WDB
                                     )
14 |       Plaintiff,                ) STIPULATION TO WAIVE TIME UNDER
                                     ) SPEEDY TRIAL CLOCK AND FOR
15 |    v.                           ) PRELIMINARY HEARING
                                     )
16 | MICHAEL MARTIN, et al.,         ) Date:   October 19, 2007
                                     ) Time:   10:00 a.m.
17 |       Defendants.               )
                                     ) Before the Honorable Wayne D. Brazil
18

19     This matter is set to come before the Court for Preliminary Hearing or Arraignment on

20 October 19, 2007 at 10:00 a.m. The United States has provided a substantial amount of

21 discovery to defendants' counsel and will be providing additional discovery shortly. The parties

22 had originally agreed to waive two days, such that the preliminary hearing could be held on

23 October 19, 2007, which would allow counsel to review the discovery before further charging

24 decisions are made. In light of the Court's unavailability on October 19, 2007, Michael Martin,

25 Jessica Sanders, and Michael Anderson have agreed to waive the necessary additional time under

26 Fed. R. Crim. P. 5 and the Speedy Trial Act, 18 U.S.C. § 3161, such that the preliminary hearing

27 date is extended to October 26, 2007 at 10 a.m.

28

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                    1

1    For the same reasons, the remaining defendant, Diallo McLinn also agrees to waive the
2 additional time necessary to allow the preliminary hearing to occur on October 26, 2007.  None
3 of the defendants are in custody and this is the first stipulation by the parties.
4    As indicated by Mr. McLinn signature, he has consulted with his attorneys and
5 understand that he has the right to a preliminary hearing or that further charging documents be
6 presented and filed with the Court on the day of or before his preliminary hearing.  Pursuant to
7 Fed. R. Crim. P. 5.1(d), Mr. McLinn knowingly and voluntarily waive his rights to a preliminary
8 hearing on October 19, 2007 and agrees to extend the time for a preliminary hearing until
9 October 26, 2007 at 10:00 a.m.  The parties also agree that there is good cause present to grant
10 the extension in light of the discovery provided and additional discovery to be provided, and for
11 the defendant's counsel to effectively prepare.
12    The parties also jointly request that the time between October 19, 2007 and October 26,
13 2007 be excluded under the Speedy Trial Clock to allow Mr. McLinn's counsel to review the
14 discovery to be provided and effectively prepare taking into account the exercise of due
15 diligence.  See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
16 "ends of justice served by the granting of such continuance outweigh the best
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                    2

1  interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

2  DATED: October 16, 2007,

3  Respectfully submitted,

4  SCOTT N. SCHOOLS
United States Attorney

6  _____/s/_____          _____/s/_____
   H. H. (SHASHI) KEWALRAMANI             LEWIS ROMERO
   Assistant United States Attorney       Attorney for Diallo McLinn
7  Attorney for the United States

8                                          _____/s/_____
                                           DIALLO MCLINN
9                                          Defendant

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70574 WDB                    3

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-70574 WDB |
|    Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
| v. ) | |
| MICHAEL MARTIN, et al., ) | Date: October 19, 2007 |
|    Defendants. ) | Time: 10:00 a.m.<br>Before the Honorable Wayne D. Brazil |

### [PROPOSED] ORDER

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between October 19, 2007 through October 26, 2007 from the Speedy Trial Clock. The Stipulation was signed by counsel of record as well as the defendant, Mr. McLinn knowingly and voluntarily waiving his rights to a preliminary hearing on October 19, 2007, and extending the preliminary hearing until October 26, 2007. The Stipulation also noted that the United States provided discovery to the defendant's attorneys. This information will allow the defendant's attorneys to

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70574 WDB                  1

1  better evaluate the case and assist in preparing a defense.  Counsel also acknowledged that an
2  exclusion of time under the Speedy Trial Clock is appropriate to allow for the effective
3  preparation of defense counsel taking into account the exercise of due diligence.  Good cause
4  appearing therefor,
5      **IT IS HEREBY ORDERED** that the period of time between October 19, 2007 and
6  October 26, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively
7  prepare, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The
8  Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the
9  best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).
10 Additionally, the Court finds that the defendant, Mr. McLinn, knowingly and voluntarily waived
11 the period between October 19, 2007 and October 26, 2007 , such that preliminary hearing is
12 now scheduled for October 26, 2007 at 10:00 a.m.
13 DATED:

                                                                _____
WAYNE D. BRAZIL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70574 WDB       2