1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: (510) 637-3717
7  Facsimile: (510) 637-3724
   E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

OCT 17 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        ) Case No. 07-70574 WDB
                                     )
14         Plaintiff,                ) [PROPOSED] ORDER GRANTING
                                     ) STIPULATION TO WAIVE TIME UNDER
15     v.                            ) SPEEDY TRIAL CLOCK AND FOR
                                     ) PRELIMINARY HEARING
16  MICHAEL MARTIN, et al.,          )
                                     ) Date:  October 19, 2007
17         Defendants.               ) Time:  10:00 a.m.
                                     ) Before the Honorable Wayne D. Brazil
18  _____

19                   [PROPOSED] ORDER

20         Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter

21  filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing

22  seeking to waive and extend the time for the preliminary hearing and to exclude the time between

23  October 19, 2007 through October 26, 2007 from the Speedy Trial Clock. The Stipulation was

24  signed by counsel of record as well as the defendant, Mr. McLinn knowingly and voluntarily

25  waiving his rights to a preliminary hearing on October 19, 2007, and extending the preliminary

26  hearing until October 26, 2007. The Stipulation also noted that the United States provided

27  discovery to the defendant's attorneys. This information will allow the defendant's attorneys to

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70574 WDB                    1

better evaluate the case and assist in preparing a defense. Counsel also acknowledged that an exclusion of time under the Speedy Trial Clock is appropriate to allow for the effective preparation of defense counsel taking into account the exercise of due diligence. Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between October 19, 2007 and October 26, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). Additionally, the Court finds that the defendant, Mr. McLinn, knowingly and voluntarily waived the period between October 19, 2007 and October 26, 2007, such that preliminary hearing is now scheduled for October 26, 2007 at 10:00 a.m.

DATED: 10-17-07

WAYNE D. BRAZIL
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 07-70574 WDB                               2