```
 1  J. TONY SERRA #32639
    SARA ZALKIN #223044
 2  506 Broadway
    San Francisco CA 94133
 3  Telephone: 415/986-5591

 4  Attorneys for Defendant
    MICHAEL MARTIN
 5

 6

 7

 8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 9                         OAKLAND DIVISION

10

11  UNITED STATES OF AMERICA,
                                        CR 07-70574 WDB
12            Plaintiff,
                                        AMENDED THIRD STIPULATION TO
13       v.                             WAIVE TIME UNDER THE SPEEDY
                                        TRIAL ACT WITH RESPECT TO
14  MICHAEL MARTIN, et al.,             PRELIMINARY HEARING AND FILING
                                        OF FURTHER CHARGING DOCUMENTS
15            Defendants.
    _____/
16

17       This matter is scheduled for preliminary hearing or

18  arraignment on Friday, December 14, 2007, at 10:00 a.m.

19       The government provided as discovery over 1,400 pages of

20  documents during the month of October.  In early November, the

21  government provided 10 CD-ROMs containing photographs and video

22  recordings.

23       Additional discovery was produced as recently as December

24  5, 2007, consisting of further DEA-6 reports.

25       The parties have previously agreed and so stipulated to

26  waive time for the preliminary hearing in order for counsel to

27  have sufficient time to review the discovery and evaluate the

28  prospect of pre-indictment resolution.
```

The parties had scheduled a meeting wherein counsel for all parties would meet and confer.

However, the meeting did not go forward as planned, and as of the time of writing, the parties are attempting to reschedule.

The exclusion of additional time will facilitate the prospect of meaningful discussions which could obviate the need to consume judicial and public resources as well as some of the defendants' resources with respect to investigation and litigation of motions in preparation for trial.

In light of the foregoing, all of the defendants agree to waive the necessary additional time pursuant to Fed.R.Crim.P. 5 and 18 U.S.C. § 3161, the Speedy Trial Act, such that the preliminary hearing be extended to January 29, 2008, at 10:00 a.m.

All of the defendants are out of custody on bond. Defendants each have consulted with their attorneys and understand that they have the right to a preliminary hearing or that further charging documents be presented and filed with the Court on the day of or before said preliminary hearing. Pursuant to Fed.R.Crim.P. 5.1(d), the defendants knowingly and voluntarily waive their rights to a preliminary hearing on December 14, 2007, and agree to extend the time for preliminary hearing until January 29, 2008.  The parties also agree that good cause exists to grant the extension in light of the ongoing discovery process and for the effective preparation of counsel for the defendants.

The parties jointly request that the time between December 14, 2007, and January 29, 2008, be excluded under the Speedy

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1  Trial Clock to allow defendants' counsel to review any
2  additional discovery and effectively prepare, taking into
3  account the exercise of due diligence.  <u>See</u> 18 U.S.C. §§
4  3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the
5  "ends of justice served by the granting of such continuance
6  outweigh the best interests of the public and the defendant[s]
7  in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).
8       Dated:  December 13, 2007

10 SCOTT N. SCHOOLS
   United States Attorney

12 /s/ SHASHI KEWALRAMANI
   H.H. (SHASHI) KEWALRAMANI
13 Assistant United States Attorney
   Attorney for the United States

15 /s/ SARA ZALKIN                         /s/
   SARA ZALKIN                             MICHAEL MARTIN
16 Attorney for MICHAEL MARTIN             Defendant

17
   /s/ RANDOLPH E. DAAR                    /s/
18 RANDOLPH E. DAAR                        JESSICA SANDERS
   Attorney for JESSICA SANDERS            Defendant

20 /s/ JEROME MATTHEWS                     /s/
   JEROME MATTHEWS                         MICHAEL ANDERSON
21 Attorney for MICHAEL ANDERSON           Defendant

22
   /s/   TED CASSMAN                       /s/
23 TED CASSMAN                             DIALLO McLINN
   LAUREL HEADLEY                          Defendant
24 Attorneys for DIALLO McLINN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-70574 WDB |
| Plaintiff, | [PROPOSED] ORDER GRANTING THIRD STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL ACT AND FOR PRELIMINARY HEARING |
| v. | |
| MICHAEL MARTIN, et al., | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter have filed a Third Stipulation to Waive Time Under the Speedy Trial Act and for Preliminary Hearing, seeking to waive and extend the time for the preliminary hearing and to exclude the time between December 14, 2007, through January 29, 2008, from the Speedy Trial Clock. The stipulation was signed by counsel of record as well as the defendants such that the defendants are knowingly and voluntarily waiving their rights to a preliminary hearing on December 14, 2007, and extending the preliminary hearing until January 29, 2008.

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1   The stipulation noted that the government provided
2 discovery to defendants' counsel during the period previously
3 excluded (from October 26, 2007 to December 14, 2007).
4   Additional time will allow defendants' counsel to better
5 evaluate the case, including the prospect of early resolution at
6 the pre-indictment stage.  Counsel also acknowledged that an
7 exclusion of time under the Speedy Trial Act is appropriate to
8 allow for the effective preparation of defense counsel taking
9 into account the exercise of due diligence.  Good cause
10 appearing therefor,

11   **IT IS HEREBY ORDERED** that the period between December 14,
12 2007, and January 29, 2008, is excluded from the Speedy Trial
13 Clock to allow counsel to effectively prepare, taking into
14 account the exercise of due diligence.  18 U.S.C. §
15 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice
16 served by the granting of such continuance outweigh[s] the best
17 interests of the public and the defendant in a speedy trial."
18 18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that
19 the defendants knowingly and voluntarily waived the period
20 between December 14, 2007, and January 29, 2008, such that
21 preliminary hearing is now scheduled for January 29, 2008 at
22 10:00 a.m.
23   Dated:

_____
WAYNE D. BRAZIL, Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2