```
1  J. TONY SERRA #32639
   SARA ZALKIN #223044
2  506 Broadway
   San Francisco CA 94133
3  Telephone: 415/986-5591

4  Attorneys for Defendant
   MICHAEL MARTIN
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL MARTIN, et al.,<br><br>    Defendants.<br>_____/ | CR 07-70574 WDB<br><br>**FOURTH STIPULATION TO WAIVE TIME UNDER THE SPEEDY TRIAL ACT WITH RESPECT TO PRELIMINARY HEARING AND FILING OF FURTHER CHARGING DOCUMENTS** |

This matter is scheduled for preliminary hearing or arraignment on Tuesday, January 29, 2008, at 10:00 a.m.

The parties have previously agreed and so stipulated to waive time for the preliminary hearing in order for counsel to have sufficient time to review the discovery and evaluate the prospect of pre-indictment resolution.

On December 20, 2007, counsel for all parties met and conferred. Shortly thereafter, the government circulated a draft version of a proposed plea agreement to each defendant through their respective counsel.

The exclusion of additional time is likely to obviate the need to consume judicial and public resources insofar as the

parties believe in good faith that resolution is close at hand.

In light of the foregoing, all of the defendants agree to waive the necessary additional time pursuant to Fed.R.Crim.P. 5 and 18 U.S.C. § 3161, the Speedy Trial Act, such that the preliminary hearing be extended to February 26, 2008, at 10:00 a.m.

All of the defendants are out of custody on bond. Defendants each have consulted with their attorneys and understand that they have the right to a preliminary hearing or that further charging documents be presented and filed with the Court on the day of or before said preliminary hearing.  Pursuant to Fed.R.Crim.P. 5.1(d), the defendants knowingly and voluntarily waive their rights to a preliminary hearing on January 29, 2008, and agree to extend the time for preliminary hearing until February 26, 2008.

The parties jointly request that the time between January 29, 2008, and February 26, 2008, be excluded under the Speedy Trial Clock to allow defendants' counsel to effectively prepare, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).  The parties agree that the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant[s] in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).

1   For the foregoing reasons, the parties respectfully request
2 that the matter be continued from January 29, 2008, to February
3 26, 2008, at 10:00 a.m.
4   Dated: January 24, 2008

                                    Joseph P. Russoniello
                                    United States Attorney


                                    /s/ SHASHI KEWALRAMANI
                                    H.H. (SHASHI) KEWALRAMANI
                                    Assistant United States Attorney


/s/ SARA ZALKIN                     /s/
SARA ZALKIN                         MICHAEL MARTIN
Attorney for MICHAEL MARTIN         Defendant


/s/ RANDOLPH E. DAAR                /s/
RANDOLPH E. DAAR                    JESSICA SANDERS
Attorney for JESSICA SANDERS        Defendant


/s/ JEROME MATTHEWS                 /s/
JEROME MATTHEWS                     MICHAEL ANDERSON
Attorney for MICHAEL ANDERSON       Defendant


/s/  TED CASSMAN                    /s/
TED CASSMAN                         DIALLO McLINN
LAUREL HEADLEY                      Defendant
Attorneys for DIALLO McLINN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-70574 WDB |
| Plaintiff, | [PROPOSED] ORDER GRANTING FOURTH STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL ACT AND FOR PRELIMINARY HEARING |
| v. | |
| MICHAEL MARTIN, et al., | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter have filed a Fourth Stipulation to Waive Time Under the Speedy Trial Act and for Preliminary Hearing, seeking to waive and extend the time for the preliminary hearing and to exclude the time between January 29, 2008, through February 26, 2008, from the Speedy Trial Clock. The stipulation was signed by counsel of record as well as the defendants such that the defendants are knowingly and voluntarily waiving their rights to a preliminary hearing on January 29, 2008, and extending the preliminary hearing until February 26, 2008.

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period between January 29, 2008, and February 26, 2008, is excluded from the Speedy Trial Clock to allow counsel to effectively prepare, taking into

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

1  account the exercise of due diligence.  18 U.S.C. §
2  3161(h)(8)(B)(iv).  The Court finds that the "ends of justice
3  served by the granting of such continuance outweigh[s] the best
4  interests of the public and the defendant in a speedy trial."
5  18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that
6  the defendants knowingly and voluntarily waived the period
7  between January 29, 2008, and February 26, 2008, such that
8  preliminary hearing is now scheduled for February 26, 2008, at
9  10:00 a.m.
10     Dated:

_____
WAYNE D. BRAZIL, Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2