|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | UNITED STATES DISTRICT COURT |
| 6 | NORTHERN DISTRICT OF CALIFORNIA |
| 7 | |
| 8 | UNITED STATES OF AMERICA,        4-07-70574 WDB |
| 9 |         Plaintiff,              ORDER GRANTING FOURTH STIPULATION TO WAIVE TIME UNDER |
| 10 |     v.                          SPEEDY TRIAL ACT AND FOR PRELIMINARY HEARING |
| 11 | MICHAEL MARTIN, et al., |
| 12 |         Defendant. |
| 13 | _____/ |
| 14 |     Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § |
| 15 | 3161(h)(8), the parties in this matter have filed a Fourth |
| 16 | Stipulation to Waive Time Under the Speedy Trial Act and for |
| 17 | Preliminary Hearing, seeking to waive and extend the time for |
| 18 | the preliminary hearing and to exclude the time between January |
| 19 | 29, 2008, through February 26, 2008, from the Speedy Trial |
| 20 | Clock.  The stipulation was signed by counsel of record as well |
| 21 | as the defendants such that the defendants are knowingly and |
| 22 | voluntarily waiving their rights to a preliminary hearing on |
| 23 | January 29, 2008, and extending the preliminary hearing until |
| 24 | February 26, 2008. |
| 25 |     Good cause appearing therefor, |
| 26 |     **IT IS HEREBY ORDERED** that the period between January 29, |
| 27 | 2008, and February 26, 2008, is excluded from the Speedy Trial |
| 28 | Clock to allow counsel to effectively prepare, taking into |

1  account the exercise of due diligence.  18 U.S.C. §
2  3161(h)(8)(B)(iv).  The Court finds that the "ends of justice
3  served by the granting of such continuance outweigh[s] the best
4  interests of the public and the defendant in a speedy trial."
5  18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that
6  the defendants knowingly and voluntarily waived the period
7  between January 29, 2008, and February 26, 2008, such that
8  preliminary hearing is now scheduled for February 26, 2008, at
9  10:00 a.m.
10      Dated: January 25, 2008

                                    _____
                                    WAYNE D. BRAZIL, Judge
                                    United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331