AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Count One
21 U.S.C. Section 846 - Conspiracy To Manufacture And Distribute Marijuana And A Mixture And Substance Containing A Detectable Amount Of Marijuana

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
5 years, $250,000 fine, at least 2 years of supervised release and not more than 3 years of supervised release, and $100 special assessment

### DEFENDANT - U.S.

▶ MICHAEL J. MARTIN

E-filing

DISTRICT COURT NUMBER

**CR08-0099 CW**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.
07-70574 WDB

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    H. H. (Shashi) Kewalramani

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year  10/4/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

---- OFFENSE CHARGED ----

Count Two
21 U.S.C. Section 843 - Illegal Use Of A Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
4 years, $250,000 fine, 3 years of supervised release, and $100 special assessment

---- DEFENDANT - U.S. ----

▶ JESSICA SANDERS

E-filing

DISTRICT COURT NUMBER

CR08-0099    CW

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70574 WDB

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    H. H. (Shashi) Kewalramani

---- DEFENDANT ----

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   9/27/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Count Three
21 U.S.C. Section 844 - Possession Of Marijuana

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 years, $100,000 fine, 1 years of supervised release, 5 years probation, and $100 special assessment

---- DEFENDANT - U.S. ----

E-filing

▶ MICHAEL ANDERSON

DISTRICT COURT NUMBER

CR08-0099  CW

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO:

MAGISTRATE CASE NO.
07-70574 WDB

---- DEFENDANT ----

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
Northern District of California

FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶ 9/27/2007    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): H. H. (Shashi) Kewalramani

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Count Three
21 U.S.C. Section 844 - Possession Of Marijuana

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 years, $100,000 fine, 1 years of supervised release, 5 years probation, and $100 special assessment

### DEFENDANT - U.S.

E-filing

▶ DIALLO McLINN

DISTRICT COURT NUMBER

**CR08-0099 CW**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
07-70574 WDB

Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  H. H. (Shashi) Kewalramani

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year  9/27/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

FILED FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney | FILED<br>2008 FEB 26 AM 9: 34<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0099 CW |
| Plaintiff, | ) | |
| v. | ) | VIOLATIONS: 21 U.S.C. § 846 - Conspiracy To Manufacture And Distribute Marijuana And A Mixture And Substance Containing A Detectable Amount Of Marijuana; 21 U.S.C. § 843 - Illegal Use Of A Communication Facility; 21 U.S.C. § 844 - Possession Of Marijuana; 18 U.S.C. § 2 - Aiding And Abetting; 21 U.S.C. § 853(a) – Drug Forfeiture. |
| MICHAEL J. MARTIN,<br>a/k/a Mickey Martin,<br>JESSICA SANDERS,<br>MICHAEL F. ANDERSON, and<br>DIALLO I. McLINN, | ) ) ) ) ) | |
| Defendants. | ) | OAKLAND VENUE |

### I N F O R M A T I O N

The United States Attorney charges:

COUNT ONE:   (21 U.S.C. § 846 - Conspiracy To Manufacture And Distribute Marijuana And A Mixture And Substance Containing A Detectable Amount Of Marijuana)

1.   Beginning on a date unknown, but no later than on or about May 2007 and continuing until September 2007, in the Northern District of California, the defendant,

MICHAEL MARTIN,
a/k/a Mickey Martin,

and others, known and unknown, did knowingly and intentionally conspire to manufacture and distribute marijuana and a mixture and substance containing a detectable amount of marijuana, a

INFORMATION

1  Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

2  COUNT TWO: (21 U.S.C. § 843(b) - Illegal Use Of A Communication Facility)

3  2. On or about July 11, 2007, in the Northern District of California, the defendant,

JESSICA SANDERS,

knowingly and intentionally used a communication facility, namely, a telephone, in committing and in causing and facilitating the illegal distribution of a controlled substance, namely, a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, which is a felony, in violation of Title 21, United States Code, Section 843(b).

COUNT THREE: (21 U.S.C. § 844 and 18 U.S.C. § 2 - Aiding and Abetting Possession of Marijuana)

3. Beginning on a date unknown, but no later than on or about May 2007, and continuing until September 2007, in the Northern District of California, the defendants,

MICHAEL F. ANDERSON and
DIALLO I. McLINN,

did knowingly and intentionally aid and abet the possession of marijuana, a Schedule I controlled substance, at the locations of 947 61st Street, Suite 18, Oakland, California and 379 40th Street, Oakland, California, in violation of Title 21, United States Code, Section 844, and Title 18, United States Code, Section 2, a Class A misdemeanor.

FORFEITURE ALLEGATION: (21 U.S.C. § 853(a) – Drug Forfeiture)

4. The factual allegations contained in Counts One and Two of this Information are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

5. Upon a conviction of the offense alleged in Counts One and Two, the defendants,

MICHAEL MARTIN, a/k/a Mickey Martin, and
JESSICA SANDERS,

shall forfeit to the United States all right, title and interest in property constituting and derived from any proceeds, defendants obtained, directly or indirectly, as a result of the violation in Counts One and Two, and any property used, or intended to be used, in any manner or part, to

INFORMATION

commit, or to facilitate the commission of the said violations, including but not limited to a sum of money equal to the total amount of proceeds defendants derived from the commission of the offense in Counts One and Two.

      6.    If, as a result of any act or omission of the defendants, any of said property

          a.    cannot be located upon the exercise of due diligence;

          b.    has been transferred or sold to or deposited with, a third person;

          c.    has been placed beyond the jurisdiction of the Court;

          d.    has been substantially diminished in value; or

          e.    has been commingled with other property which cannot be divided without difficulty;

any and all interest defendants have in any other property, up to value of the property shown to be derived from the activity in Count One, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

All in violation of Title 21, United States Code, Sections 853(a)(1),(a)(2), (p) and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: February 25, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch Office

(Approved as to form: _____)
AUSA KEWALRAMANI
Assistant U.S. Attorney

INFORMATION