LAW OFFICES OF CHARLES A. BONNER
1913 Bridgeway
Sausalito, CA 94965

Tel: (415) 331-3070
FAX (415) 331-2738

FILED
APR 2 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

March 31, 2008

Hon. Judge Wayne D. Brazil
Oakland Federal Building
1301 Clay Street, Room 400 South Tower
Oakland, California 94612-5212

            CR-08-00099-CW (WDB)
RE: **United States v. Diallo McLinn Case No: 4-07-MJ-70574-WDB**
   **United States District Court, Northern District California**

Dear Hon Judge Brazil:

  I am writing this letter to plead for leniency in the sentencing of Diallo McLinn. My name is A. Cabral Bonner. I am an a newly licensed attorney, practicing with my father Charles Bonner, in Sausalito California.

  I have known Diallo for most of my life. My earliest memories of him go back to when we were both in elementary school. Our parents' friendship goes back to before Diallo and I were born. Diallo is a few years older than me and we never went to the same school but our friendship was and is strong.

  I understand the facts of Diallo's case. His family came to our office immediately after Diallo was arrested. When I first heard of his involvement I was shocked because I know Diallo to be a respectful and law abiding individual. The situation only made sense to me when Diallo explained that his primary involvement was doing graphic design and art work.

  I also know that Diallo has pled to a misdemeanor of aiding and abetting the possession of marijuana. I am sure from dealing with Diallo before this incident and helping him after his arrest, that this incident has had a profound impact on him. Should Your Honor show him leniency I have no doubt that he will do everything in his power to conduct himself in a law-abiding way and to fulfil any and all conditions placed upon him.

  Diallo is a smart and capable individual. He is a committed father and friend. He is a gifted photographer and graphic artist. Diallo has a strong family and community support network in the Bay Area. He is young and has a lot to offer his community. The bio page of Poor News Network and POOR Magazine give the best description of Diallo:

    Diallo McLinn is a Oakland based digital artist. He specializes in Visual design. Diallo's interest is art, not money. This enables him to work on heart felt projects, not corporate burn-out projects. Son of mid-wife, teacher, and spiritual dancer,

Arisika Razak, Diallo uses his art to promote positive change.

Your Honor, in this particular case, justice will best be served by using your discretion to grant maximum leniency to Diallo McLinn.

Very truly yours,

**LAW OFFICES OF BONNER AND BONNER**

A. CABRAL BONNER