TED W. CASSMAN (SBN 98932)
LAUREL L. HEADLEY (SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000

Attorneys for Defendant
DIALLO MCLINN

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIALLO MCLINN,<br><br>Defendant. / | NO. CR 08-0099 WDB<br><br>DEFENDANT MCLINN'S MOTION TO FILE EXHIBIT TO HIS SENTENCING MEMO UNDER SEAL |

Defendant Diallo McLinn hereby asks the Court for permission to file under seal Exhibit C to his sentencing memorandum. The motion is made on the grounds that this exhibit is a confidential psychological evaluation that should not be made public. Accordingly, we request that the Court permit Exhibit C to defendant McLinn's sentencing memorandum to be filed under seal pursuant to Local Rule 79-5(d).

Dated: April 3, 2008

Arguedas, Cassman & Headley

_____/s/_____
Ted W. Cassman
Attorneys for Defendant Diallo McLinn

1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>           Plaintiff,<br>vs.<br><br>DIALLO MCLINN<br><br>           Defendant. | Case No. NO. CR 08-0099 WDB<br><br>[PROPOSED] ORDER GRANTING MOTION TO FILE EXHIBIT TO DEFENDANT'S SENTENCING MEMO UNDER SEAL |

      Good cause appearing therefore, it is hereby ORDERED that pursuant to Civil Local Rule 79-5, defendant Diallo McLinn be permitted to file under seal Exhibit C to his sentencing memorandum.

Dated: April __, 2008

                                                The Honorable Wayne D. Brazil<br>
                                                United States District Court Judge