TED W. CASSMAN (SBN 98932)
LAUREL L. HEADLEY (SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000

Attorneys for Defendant
DIALLO MCLINN

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-0099 WDB |
| Plaintiff, | DECLARATION SUPPORTING DEFENDANT MCLINN'S MOTION TO FILE EXHIBIT TO SENTENCING MEMO UNDER SEAL |
| vs. | |
| DIALLO MCLINN, | |
| _____ Defendant. / | |

I, Ted W. Cassman, declare:

    1.  I am an attorney in the law firm of ARGUEDAS, CASSMAN &

HEADLEY, LLP, which represents defendant Diallo McLinn in the above-entitled matter.

    2.  Defendant McLinn has submitted a confidential psychiatric evaluation

to the court as Exhibit C to his sentencing memorandum.

    3.  This report contains extremely sensitive and confidential information,

and should therefore be filed under seal.

Dated: April 3, 2008                    Arguedas, Cassman & Headley

_____/s/_____
Ted W. Cassman
Attorneys for Defendant Diallo McLinn