**FILED**

APR - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>vs.<br><br>DIALLO MCLINN<br><br>        Defendant. | Case No. NO. CR 08-0099 ⊄WDB<br><br>[PROPOSED] ORDER GRANTING MOTION TO FILE EXHIBIT TO DEFENDANT'S SENTENCING MEMO UNDER SEAL |

      Good cause appearing therefore, it is hereby ORDERED that pursuant to Civil Local Rule 79-5, defendant Diallo McLinn be permitted to file under seal Exhibit C to his sentencing memorandum.

Dated: April 3, 2008

The Honorable ~~Claudia Wilken~~ Wayne D. Brazil
United States District Court Judge

1