04/14/2008 01:55 PM EST　　　　　　　　　　　　　　　　　　　　　　　　　　Version 7.0.1

**Oakland**

## Case Debt Type Payment Report
## U.S. Courts

**FILED**
**APR 16 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Case No. DCAN408CR000099

| 004 | DIALLO MCLINN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 44611002031 | 1 | PR | 25.00 | 04/07/2008 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Division Payment Total　　25.00

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Grand Total　　25.00

$ 25.00 ____ SPECIAL ASSESSMENT
　　　　　　　PAID IN FULL　on　4/7/08

Page 1 of 1