1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CASBN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3709
7      Facsimile:   (510) 637-3724
       E-Mail:      keslie.stewart@usdoj.gov
8
9  Attorneys for Plaintiff

10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                            OAKLAND DIVISION
14
   UNITED STATES OF AMERICA,           )    No.  08-0099 CW
15                                     )
           Plaintiff,                  )
16                                     )    NOTICE OF NOT OF RECORD
        v.                             )    COUNSEL FOR THE GOVERNMENT
17                                     )
   MICHAEL MARTIN,                     )
18                                     )
           Defendant.                  )
19                                     )

20

21     Please take notice that George Bevan, is not the counsel of record for the government

22 and should be removed from the case.  The Assistant United States Attorney whose name,

23 address, telephone number and e-mail address listed below is assigned to be counsel for

24 the government.

25                          KESLIE STEWART
                       Assistant United States Attorney
26                      1301 Clay Street; Suite 340S
                         Oakland, California 94612
27                       Telephone:  (510) 637-3709
                            Fax: 510/637-3724
28                   E-mail:  keslie.stewart@usdoj.gov


NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT

The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to AUSA Keslie Stewart at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: May 14, 2008            Respectfully submitted,

                               JOSEPH P. RUSSONIELLO
                               United States Attorney


                                   /s/
                               _____
                               KESLIE STEWART
                               Assistant United States Attorney

NOTICE OF NOT OF RECORD COUNSEL FOR THE GOVERNMENT